Jacob W. Clute, Respondent, v. Henry T. Martin, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary J. Lewis, as Executrix, etc., of James Lewis, Deceased, Appellant, v. The State of New York, Respondent.—Judgment vacated, without costs, and matter remitted to Court of Claims to the end that a decision may be made. All concurred.

Joseph H. La Flair, Appellant, v. Mary Jennie La Flair, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of Proving the Last Will and Testament of Martha Gibson, Deceased. Bertha H. Green and Ira J. Hanford, Appellants; Joseph Gibson and Others, Respondents.— Decree affirmed, with costs. All concurred, except Houghton. J., not voting.

John McAuliff, Respondent, v. Mary F. Hughes and Others, Appellants.— Motion denied.

Northern Bank of New York, Respondent, v. Fitz Gerald Brick Company, Appellant, Impleaded with Others.— Motion denied.

Russel C. Paris, Appellant, v. Charles E. Stevenson, Respondent, Impleaded with Richard O. Bassett and Fitch H. Bassett.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Laird* v. *Carton* (196 N. Y. 169). All concurred.